IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JEFFREY L. ADAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-4319-CV-C-ODS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO REVERSE AND REMAND

With no opposition from Plaintiff, the Commissioner's Motion to Remand (Doc. # 14) is granted. Pursuant to sentence 4 of 42 U.S.C. § 405(g), the Commissioner's final decision is reversed and the case is remanded for further proceedings. On remand, the Commissioner will reevaluate the Plaintiff's residual functional capacity in light of medical evidence submitted in support of Plaintiff's subsequent claim for benefits.
IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: December 19, 2012                    UNITED STATES DISTRICT COURT